IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Freddie Taylor, | ) |
|           Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Northeastern Illinois University | ) |
| | ) |
|           Defendant. | ) |

## COMPLAINT

Plaintiff, Freddie Taylor (hereinafter "Plaintiff"), by and through his attorneys Langone, Batson, LLC, files his Complaint against Northeastern Illinois University, (hereinafter "Northeastern" or "Defendant"). Plaintiff seeks damages from Defendant and states as follows:

## NATURE OF THE CLAIMS

1. This is an action for monetary damages or equitable relief, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e seq. (hereinafter "Title VII").

2. This action is to redress Defendant's unlawful employment practices against Plaintiff, including Defendant's unlawful treatment, discrimination, and retaliation against Plaintiff because of her sex and race leading to her unlawful termination.

## JURISDICTION AND VENUE

3. This Court has jurisdiction of the claims herein pursuant to 28 U.S.C. §1331 and §1343, as this action involves federal questions regarding Plaintiff's civil rights under Title VII.

4. Venue is proper in this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to this action, including the unlawful employment practices alleged herein, occurred in this district.

## THE PARTIES

5. Plaintiff, Freddie Taylor, is a citizen of the United States and is a resident of the State of Illinois.

6. Defendant, Northeastern Illinois University, is a public university in Chicago, IL.

## PROCEDURAL REQUIREMENTS

7. Plaintiff has complied with all statutory prerequisites to filing this action.

8. On July 20th, 2018, Plaintiff dual-filed a claim with the Illinois Department of Human Rights Commission (hereinafter the "IDHR") and the Equal Employment Opportunity Commission (hereinafter the "EEOC") against the Defendant satisfying the requirements of 42 U.S.C. §20003-5(b) and (e), based on race, and retaliation.

9. Plaintiff's EEOC charge against Defendant was filed within three hundred (300) days after the alleged unlawful employment practices occurred.

10. On or about July 18th, 2019, the EEOC issued to Plaintiff a Notice of Right to Sue.

11. This complaint was filed within ninety (90) days of Plaintiff's receipt of the EEOC's Right to Sue letter.

## FACTS

12. Plaintiff re-alleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-11, above.

13. Defendant employed Plaintiff.

14. While employed at Northeastern University, Plaintiff was treated differently than other similarly situated non-black, male staff.

15. On March 7th, 2018, Plaintiff filed a charge of discrimination based on race.

### COUNT I: Title VII Discrimination (Race)

16. Plaintiff re-alleges and adopts, as if fully set forth herein the allegations stated in Paragraphs 1-15. above.

17. Defendant discriminated against Plaintiff based upon his race, African American.

18. Defendant treated non-black employees more favorably.

19. Similarly situated non-black employees were not terminated for misconduct as frequently as black employees.

20. As a direct and proximate result of Defendant's violation of Title VII, Plaintiff has suffered and continues to suffer, lost wages, lost benefits and mental anguish and other damages, and as such, is entitled to all legal and equitable remedies available under Title VII.

### COUNT II: Retaliation in Violation of Title VII

21. Plaintiff re-alleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1-15 17-20, above.

22. At all material times, Defendant was an employer as defined by Title VII.

23. Plaintiff filed a charge of discrimination on March 7th, 2018 on the basis of race.

24. Defendant, Northeastern, alleged that Plaintiff allegedly took two bottles of wine when he was allegedly instructed not to do so, and this is being portrayed as theft by the Defendant. This is false and defamatory, and without factual basis.

25. Defendant, Northeastern and its agents constructed this soley as a pretext to terminate and as a mask to its real motive, which was to terminate Plaintiff in retaliation for filing a charge of discrimination.

26. Plaintiff was terminated shortly after his filing of an EEOC charge and notice to Defendant, and for solely pretextual reasons.

27. Plaintiff amended his EEOC charge to allege this retaliation and exhausted his EEOC remedies.

26. As a direct and proximate result of Defendant's retaliation in violation of Title VII, Plaintiff has suffered and continues to suffer, lost wages, lost benefits and mental anguish and other damages, and as such, is entitled to all legal and equitable remedies available under Title VII.

WHEREFORE, Plaintiff, requests this Honorable Court:

a) Enter judgement requiring Defendant to pay back wages and back benefits found to be due and back benefits found to be due and owing at the time of trial, front-pay or reinstatement, compensatory damages, including emotional distress damages, in an amount to be proven at trial, punitive damages, and prejudgment interest thereon;

b) Grant Plaintiff his cots and an award of reasonable attorneys' fees; and

c) Award any other and further relief as Court deems just and proper.

## JURY DEMAND

Plaintiff hereby request a trial by jury on all triable issues herein.

Respectfully Submitted,

/s/Christopher V. Langone

Langone, Batson, LLC
17 N. Wabash, Ste. 500
Chicago, IL 60601
(312) 761-3330
langonelaw@gmail.com