## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Freddie Taylor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 19 C 6857 |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | Magistrate Judge Valdez |
| Northeastern Illinois University, | ) | |
| | ) | |
| Defendant. | ) | |

### JURY DEMAND

Defendant NORTHEASTERN ILLINOIS UNIVERSITY hereby demands trial by jury.


Respectfully submitted,

NORTHEASTERN ILLINOIS UNIVERSITY

By:    */s/ Alexander L. Reich*
One of its attorneys

David Waxman (david.waxman@saul.com)
E. Jason Tremblay (jason.tremblay@saul.com)
Alexander L. Reich (alexander.reich@saul.com)
Saul Ewing Arnstein & Lehr LLP
161 N. Clark St, Suite 4200
Chicago, Illinois 60601
(312) 876-7100

36871256.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and thereby caused it to be served on all counsel of record registered to receive such service.

/s/ *Alexander L. Reich*